UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                                                    FILED UNDER SEAL

 In re RAMON W. PAGAN, Esq.                          21-MC-39


_____

A complaint having been received concerning the conduct of Ramon W. Pagan, Esq., a member of the bar of this Court, in *United States v. Carlos Silverio-Nunez*, 18-CR-128 EAW JJM, Magistrate Judge Jeremiah J. McCarthy is hereby appointed pursuant to L.R. Civ. P. 83.3(b) and L.R. Crim. P. 44(a), to investigate and preside over a hearing into the alleged conduct.  Judge McCarthy shall also issue a report of his findings of fact and a recommendation as to what discipline, if any, should be imposed for consideration by the District Judges of this Court.

SO ORDERED.

Dated:        August 18, 2021
              Rochester, New York

                                    ELIZABETH A. WOLFORD
                                    Chief Judge
                                    United States District Court